# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Nelson, Bailey Renee | Docket No. | 0980 4:21CR06036-SAB-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Bailey Renee Nelson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the court at Yakima, Washington, on the 10th day of January 2022, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation number #1**: Bailey Renee Nelson is alleged to be in violation of her pretrial release conditions by having used methamphetamine and fentanyl on February 2, 2022.

On January 12, 2022, the conditions of pretrial release supervision were reviewed with Ms. Nelson. She verbally acknowledged an understanding of her conditions. Ms. Nelson also signed a copy of her conditions and by doing so, she acknowledged a full understanding which included standard condition number 9, as noted above.

On February 3, 2022, Ms. Nelson admitted to the undersigned officer to having used methamphetamine and fentanyl on February 2, 2022. Ms. Nelson signed a drug use admission form. Ms. Nelson is participating in intensive outpatient substance abuse treatment at Somerset Counseling. Ms. Nelson has been instructed to report to the probation officer for weekly drug testing. Ms. Nelson reported she is committed to complying with drug testing and substance abuse treatment.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   February 4, 2022 |
| by | s/Elizabeth Lee |
| | Elizabeth Lee
U.S. Pretrial Services Officer |

PS-8

Re: Nelson,, Bailey Renee
February 4, 2022
Page 2

THE COURT ORDERS

[ X ]    No Action
[   ]    The Issuance of a Warrant
[   ]    The Issuance of a Summons
[   ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[   ]    Defendant to appear before the Judge assigned to the case.
[   ]    Defendant to appear before the Magistrate Judge.
[   ]    Other

_James P Hutton_
Signature of Judicial Officer

2/4/2022
Date