# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Nelson, Bailey Renee | Docket No. | 0980 4:21CR06036-SAB-3 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Bailey Renee Nelson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the Court at Yakima, Washington, on the 10th day of January 2022, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana understate law.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation number #2**: Bailey Renee Nelson is alleged to be in violation of her pretrial release conditions by having used methamphetamine and fentanyl on February 10, 2022; and fentanyl on February 15, 2022.

On January 12, 2022, the conditions of pretrial release supervision were reviewed with Ms. Nelson. She verbally acknowledged an understanding of her conditions. Ms. Nelson also signed a copy of her conditions and by doing so, she acknowledged a full understanding which included standard condition number 9, as noted above. Ms. Nelson was referred to Merit Resource Services (Merit) to participate in the color line program for random drug testing. The undersigned officer instructed Ms. Nelson to call the color line at Merit daily, Monday through Friday, and to report to Merit for drug testing if her assigned color, brown, was called. Ms. Nelson verbalized understanding these instructions.

On February 10, 2022, Ms. Nelson reported to Merit for drug testing as her assigned color was called. This drug test was presumptive positive for amphetamine and methamphetamine. Merit staff sent this drug test to Abbott Laboratory for confirmation and also for fentanyl testing. The undersigned officer made telephonic contact with Ms. Nelson on that same date and questioned Ms. Nelson about the positive drug test results. Ms. Nelson denied any new drug use. The probation office received the drug test report from Abbott Laboratory on February 23, 2022, confirming the positive results for amphetamine and methamphetamine. Later on February 25, 2022, the probation office received the drug test report confirming a positive result for fentanyl.

On February 15, 2022, Ms. Nelson reported to Merit for drug testing as her assigned color was called. Merit staff sent this drug test to Abbott Laboratory for fentanyl testing. On February 26, 2022, the probation office received the drug test report confirming a positive result for fentanyl. Ms. Nelson denied any new drug use when questioned by the undersigned officer.

      PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

PS-8

Re: **Nelson, Bailey Renee**
March 3, 2022
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: March 3, 2022 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

3/4/2022