✎ PS 8 (3/15)    Case 4:21-cr-06036-MKD    ECF No. 179    filed 02/02/23    PageID.615    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 02, 2023**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Nelson, Bailey Renee      Docket No.      0980 4:21CR06036-SAB-3

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Megan Rasmussen, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Bailey Renee Nelson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 7th day of January 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #4:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On January 12, 2022, the conditions of pretrial release were reviewed with the defendant. She acknowledged her conditions of pretrial release indicating that she understood her conditions and was given a copy.

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by using a controlled substance, fentanyl, on or about January 4, 2023.

On January 4, 2023, Ms. Nelson called the undersigned officer and reported that she used fentanyl over the weekend.

**Violation #2:** The defendant is considered to be in violation of her conditions of pretrial supervision by using a controlled substance, fentanyl, on or about January 11, 2023.

On January 11, 2023, Ms. Nelson reported to the probation office as directed. She admitted to using fentanyl again. She provided a urine sample that supported her admission and signed a drug use admission form.

**Violation #3:** The defendant is considered to be in violation of her conditions of pretrial supervision by using a controlled substance, fentanyl, on or about January 18, 2023.

On January 18, 2023, Ms. Nelson reported to the probation office as directed. She admitted to using fentanyl again. Provided a urine sample that supported the drug use and signed a drug use admission form.

**Violation #4:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to complete inpatient treatment at Sundown M Ranch on or about January 28, 2023.

PS-8

**Re: Nelson, Bailey Renee**
**February 1, 2023**
**Page 2**

On January 27, 2023, Ms. Nelson was admitted to Sundown M Ranch for inpatient treatment. Ms. Nelson was discharged from treatment on January 28, 2023, due to noncompliance with the treatment rules by using a controlled substance in the facility.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 1, 2023

by   s/Megan Rasmussen

Megan Rasmussen
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

February 2, 2023

Date