PROB 12C
(6/16)

Report Date: November 14, 2023

# United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Bailey Renee Nelson | Case Number: 0980 4:21CR06036-SAB-3 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Kennewick, Washington 99336 | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: May 31, 2023 | |
| Original Offense:  Conspiracy to Distribute 40 Grams or More of Fentanyl, 21 U.S.C. § 841 | |
| Original Sentence:  Prison - Credit for time served (29 days) TSR - 5 years | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:  Laurel Holland | Date Supervision Commenced: May 31, 2023 |
| Defense Attorney:  Ulvar Wallace Klein | Date Supervision Expires: May 30, 2028 |

### PETITIONING THE COURT

To issue a **warrant**.

On May 31, 2023, conditions of supervised release were reviewed with Ms. Nelson. On June 15, 2023, all the conditions of supervised release were again reviewed with Ms. Nelson, to which she verbalized a full understanding and signed a copy of her conditions.

Ms. Nelson was referred to Merit Resource Services (Merit)  for random drug testing, and she continued in outpatient substance abuse treatment services at Somerset Counseling where she began services previously while on pretrial release supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Bailey Renee Nelson is considered to be in violation of her terms of supervised release by having used a controlled substance, fentanyl, on or about October 18, 2023. |
| | On October 19, 2023, Ms. Nelson reported to the probation office as instructed. During this office visit, Ms. Nelson admitted to the undersigned officer to having used fentanyl on or about October 18, 2023. |

Prob12C
**Re: Nelson, Bailey Renee**
**November 14, 2023**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Bailey Renee Nelson is considered to be in violation of her terms of supervised release by having used a controlled substance, fentanyl on or about November 5, 2023.

On November 8, 2023, Ms. Nelson while at the probation office admitted to the undersigned officer to having used fentanyl on or about November 5, 2023.

3      **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Bailey Renee Nelson is considered to be in violation of her terms of supervised release by having used a controlled substance, fentanyl, on or about November 12, 2023.

On November 13, 2023, Ms. Nelson contacted the undersigned officer via text message advising her drug test she completed that same date at Merit Resource Services was positive for fentanyl. Ms. Nelson admitted to using fentanyl the night before on November 12, 2023.

4      **Standard Condition #4:** You must be truthful when responding to questions asked by your probation officer.

**Supporting Evidence**: Bailey Renee Nelson is considered to be in violation of her terms of supervised release by not being truthful to the probation officer on or about November 13, 2023.

On November 13, 2023, Ms. Nelson reported she disclosed her ongoing drug use of fentanyl to her substance abuse treatment counselor, and that she was meeting with her counselor the following day to coordinate care at Swedish Hospital.

On that same date, the undersigned officer made telephonic contact with the substance abuse treatment counselor who reported the defendant had not reported the recent ongoing drug use, was not aware of this until this officer made contact, Ms. Nelson was not scheduled to meet tomorrow, and they had not had any prior discussions about arranging care at Swedish Hospital.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Nelson, Bailey Renee**
**November 14, 2023**
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 14, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/15/2023

Date